HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRY PREMO,

        Plaintiff,

    v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC., OSI COLLECTION SERVICES, INC.,

        Defendants.

Case No. C04-5418 RBL

ORDER GRANTING MOTION TO AMEND ANSWER

    THIS MATTER comes on before the above-entitled Court upon Defendant AllianceOne Receivables Management, Inc.'s Motion to Amend it's Answer.

    Having considered the entirety of the records and file herein, and having considered that plaintiff has not filed a response to the motion as required under Local Rule CR 7(b)(2), it is hereby,

    ORDERED that the Motion to Amend [Dkt. #26] is **GRANTED**. The defendant shall file an amended answer which is separate from any other document within ten (10) days of entry of this Order.

    The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

    Dated this 10th day of June, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1